IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CEDRICK BROWN, No. 10750-002, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 3:16-CV-766-WKW [WO] |
| UNITED STATES OF AMERICA | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

On January 17, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 12.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.

Accordingly, it is ORDERED as follows:

1. Plaintiff Cedrick Brown's "2255 motion" (Doc. # 1) is CHARACTERIZED as a petition for writ of habeas corpus under 28 U.S.C. § 2241.

2. This action is TRANSFERRED to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1631.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the terms of this order.

DONE this 30th day of March, 2017.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE